(*Supreme Court of Illinois.*)

### C. H. Roberts, et al.

### vs.

### C. Stigleman, et al.

(1874.)

Parties—Purchasers at Forfclosure Sale. The court has no power to make the purchaser at a foreclosure sale a party to the record in the supreme court

Error to Jersey County, No. 74.

SCHOLFIELD, J.:—

The record in this case is that of a foreclosure of mortgage, and sale had under the decree. The motion is to make the purchaser at the mortgage sale a party to the record, and also to the supersedeas. We have no rule for making parties in such cases. The 9th rule provides that: "In all cases wherein guardians, executors or administrators, or others acting in a fiduciary character, have maintained an order or decree for the sale of lands in causes *ex parte*, and a sale has been had under such decree or order, and the same shall be brought to this court for revision, the purchaser or *terre tenants* of such lands, if known, shall be suggested to the court by affidavit of the plaintiff in error, and notice given them of the pendency of the writ of error ten days before the first day of the term of the court to which the writ of error is returnable, so that said *terre tenants* may appear and defend."

It extends no further. We have no power to make other parties to the record than those who appear to have been parties in the court below. The motion is overruled.